# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tornello Fontaine Pierce El Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00539-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Roy Cooper | ) | |
| Pat McCrory | | |
| BJ Barns | | |
| State of North Carolina | | |
| Nancy Vaughan | | |
| James Allen Joines | | |
| William T. Schatzman, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2016 Order.

June 1, 2016

Frank G. Johns, Clerk
United States District Court