# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tornello Fontaine Pierce El Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00539-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Josh Stein | ) | |
| Pat McCrory | | |
| BJ Barns | | |
| State of North Carolina | | |
| Nancy Vaughan | | |
| James Allen Joines | | |
| William T. Schatzman, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2017 Order.

August 24, 2017

Frank G. Johns, Clerk
United States District Court